UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                    Chapter 7

RICHMOND HILL LAUNDRY, INC.,                              Case No.: 20-42918-ess

                           Debtor.
---------------------------------------------------------x
DAVID J. DOYAGA, SR., Solely as                           Adv. Pro. No.: 22-1012-ess
as Chapter 7 Trustee of the Estate of
RICHMOND HILL LAUNDRY, INC.,

                           Plaintiff,

    -against-

ERIC NG,
CHUN ZU WU and
QUEENS LAUNDRY 88 INC.,

                           Defendants.
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                           ) ss:
COUNTY OF SUFFOLK      )

       **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

       Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

       On the 18th day of April, 2023 deponent served the **NOTICE and TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING TRUSTEE TO ENTER INTO PROPOSED SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE with EXHIBIT and PROPOSED ORDER attached thereof**, upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail:

See attached list

                                                                            s/Everlyn Meade-Bramble  
                                                                            Everlyn Meade-Bramble

Sworn to before me this  
18th day of April, 2023

*s/Alexandros Tsionis*  
Alexandros Tsionis  
Notary Public State of New York  
Qualified in Suffolk County  
No. 02TS6391338  
Commission Expires May 6, 2023

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Bank Direct Capital Finance
PO Box 660448
Dallas TX 75266-0448

Berkshire Hathaway Guard Insurance Co
Westguard Insurance Company
39 Public Square
Wilkes-Barre PA 18701-2502

Berkshire Hathaway Guard Insurance Co
PO Box AH
Wilkes-Barre PA 18703-0020

Berkshire Hathaway Guard Insurance Co
Westguard Insurance Company
PO Box 785570
Philadelphia PA 19178-5570

BMO Financing
PO Box 6201
Carol Stream IL 61097-6201

James K Haney
Wong Fleming PC
821 Alexander Road Suite 200
Princeton NJ 08540-6352

BMO Harris Bank NA
111 W Monroe Street
Chicago IL 60603-4095

BMO Harris Bank NA
PO Box 3040
Cedar Rapids IA 52406-3040

Xuejie Wong Esq
Law Offices of Xuejie Wong PLLC
136-20 38th Avenue Suite 9I
Flushing NY 11354-4263

Leo Lanie Clarke
58 South Road
Hampden MA 01036-9645

Clean Tech Service Solutions
34-59 Junction Blvd
Jackson Heights NY 11372-3828

Clean Tech Service Solutions
PO Box 177
Copiague NY 11726-0177

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

NYC Dept of Finance
375 Pearl Street
New York NY 10038-1444

Unemployment Insurance Division
NYS Department of Labor
PO Box 1195
Albany NY 12201-1195

Unemployment Insurance Division
NYS Department of Labor
W A Harriman Campus
Building 12 Room 256
Albany NY 12240-0322

Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green Room 510
New York NY 10004-1415

Robert Saxon
Meyers Saxon & Cole
3620 Quentin Road

Brooklyn NY 11234-4238

United Specialty Insurance
c/o Hutchinson Warren & Associates
122 South Rawles Street Suite 200
Romeo MI 48065-5606

Heath S Berger
Berger Fischoff Shumer
Wexler & Goodman LLP
6901 Jericho Turnpike Suite 230
Syosset NY 11791-4420

Gary C Fischoff
Berger Fischoff Shumer
Wexler & Goodman LLP
6901 Jericho Turnpike Suite 230
Syosset NY 11791-4420

Gary R Lampert CPA
100 Merrick Road Suite LL-1W
Rockville Centre NY 11570-4800

MYC & Associates Inc
1110 South Avenue Suite 22
Staten Island NY 10314-3403

Tiffany Troy
Troy Law PLLC
41-25 Kissena Blvd Suite 103
Flushing NY 11355-3150

John Troy
Troy Law PLLC
41-25 Kissena Blvd Suite 103
Flushing NY 11355-3150

Aaron Schweitzer
Troy Law PLLC
41-25 Kissena Boulevard Suite 103
Flushing NY 11355-3150

Yimin Chen Esq
Law Offices of Chen & Associates PC
39-15 Main Street Suite 502
Flushing NY 11354-5436

Edward W Miller Esq
Law Offices of Chen & Associates PC
39-15 Main Street Suite 502
Flushing NY 11354-5436

Runyu Hu Esq
Law Offices of Chen & Associates PC
39-15 Main Street Suite 502
Flushing NY 11354-5436

Richmond Hill Laundry
100-05 91st Ave
Queens NY 11416-2119

Yimin Chen Esq
Law Offices of Chen & Associates PC
37-12 Prince Street Suite 9D
Flushing NY 11354-4652

Eric Ng
70 Tanager Lane
Levittown NY  11756-3208

Chun Zu Wu
1376 East 14th Street
Brooklyn NY 11230-5902

Hong Zhang
1376 East 14th Street
Brooklyn NY 11230-5902

Queens Laundry 88 Inc
Attn Hong Zhang President
100-19 91st Avenue
Richmond Hill NY 11418-2119

Queens Laundry 88 Inc
Attn President/CEO/Manager/Agent
100-19 91st Avenue
Richmond Hill NY 11418-2119

Queens Laundry 88 Inc
Attn President/CEO/Manager/Agent
1376 East 14th Street
Brooklyn NY  11230-5902

Zhang and Ng Inc
Attn President/CEO/Manager/Agent
100-05 91st Avenue
Richmond Hill NY 11418-2119

Zhang and Ng Inc
Attn President/CEO/Manager/Agent
70 Tanager Lane
Levittown NY 11756-3208

Zhang and Ng Inc
Attn President/CEO/Manager/Agent
1376 East 14th Street
Brooklyn NY 11230-5902

Neutral Holding LLC
c/o Bingchen Li Esq
Law Office of Z Tan PLLC
39-07 Prince Street Suite 3B
Flushing NY 11354-5321

Kathy Yung Esq
Yung & Yung PLLC
38-08 Union Street Suite 10D
Flushing NY 11354-5673

Keith N Yung Esq
Yung & Yung PLLC
38-08 Union Street Suite 10D
Flushing NY 11354-5673